UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-5415-CAS(ASx) | | Date | October 17, 2016 |
|---|---|---|---|---|
| Title | *JUANE L. ELENES; ET AL. v. FCA USA, LLC* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alastair Hamblin | Kristi Levedalen |

**Proceedings:** PLAINTIFFS' MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA AND AWARD OF COSTS AND EXPENSES RESULTING FROM REMOVAL (Filed 08/19/16)[7]

Hearing held and the counsel are present. Tentative order provided. The Court confers with counsel and counsel argue. The Court takes the above-referenced motion under submission. Counsel shall file a Joint Report re: decisions Mad under coordination on or before October 28, 2016.

|  |  | 00 | : | 10 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |