UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN L. ELENES and DAISY ELENES,**<br><br>Plaintiff,<br><br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: 2:16-CV-05415-MRW<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Michael R. Wilner |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Plaintiffs JUAN L. ELENES and DAISY ELENES ("**Plaintiffs**") and Defendant FCA US LLC ("**Defendant**") (collectively, "**the Parties**"), by and through their

respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $41,500.00 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $41,500.00 to Plaintiffs within 60 days unless matters outside of the control of Defendant cause delay.

(3) Each of the undersigned represents that he or she has been duly authorized to enter into the Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/24/2020

_____ Michael R. Wilner
JUDGE OF THE UNITED STATES DISTRICT COURT

Prepared by:
**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
stevem@knightlaw.com
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorney for Plaintiffs,
**JUAN L. ELENES and DAISY ELENES**