# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN L. ELENES and DAISY ELENES<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br>Defendants. | CASE NO : 2:16-cv-05415-MRW<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Michael R. Wilner |

-1-
[PROPOSED ORDER] GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

-2-

**ORDER**

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 1, 2020

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE